UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

GILBERTO OLIBENCIA

                        Plaintiff,

- against -

JAMES GETTLER, et al.,

                        Defendant.

**ECF CASE**

STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE CIV. P. 41(A)(1)(a)(ii)

**24-cv-0215 (LEK)(PJE)**

To the Clerk of the Court and all parties of record:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Gilberto Olibencia, by and through his counsel, Law Office of Amy Jane Agnew, P.C., hereby gives notice of the voluntary dismissal of the claims in the instant action with prejudice and without fees or costs to either party. The parties hereby represent that no party hereto is an infant nor incompetent.

Dated: June 9, 2025
New York, New York

**LAW OFFICE OF AMY JANE AGNEW, P.C.**

By: _____
Amy Jane Agnew, Esq.
NDNY Bar No. 700639
*Counsel for Plaintiff*
24 Fifth Avenue, Suite 1701
New York, New York 10011
(973) 600-1724
aj@ajagnew.com

**LETITIA JAMES**
Attorney General, State of New York

By: _____
Kaitlin Vigars, Esq.
NDNY Bar. No.: 705664
*Attorney for Defendants*
Office of the New York State Attorney General, Litigation Bureau
The Capitol
Albany, New York 12224
(518) 776-2036
Kaitlin.Vigars@ag.ny.gov

IT IS SO ORDERED:

_____
Lawrence E. Kahn
Senior U.S. District Judge

Dated: June 23, 2025